**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LOUIS BABECKI, MATTHEW CLEGG, and SASHA BAMBERG, individually and on behalf of all others similarly situated, | ) ) ) **CIVIL ACTION NO.**: 2:25-CV-18765-EP-LDW ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| THE VALLEY HOSPITAL, THE BOARD OF TRUSTEES OF VALLEY HEALTH SYSTEM, THE VALLEY HOSPITAL INVESTMENT COMMITTEE – DEFINED CONTRIBUTION PLANS, and JOHN DOES 1-20, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs, Louis Babecki, Matthew Clegg, and Sasha Bamberg, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants, The Valley Hospital, The Board of Trustees of Valley Health System, The Valley Hospital Investment Committee – Defined Contribution Plans, and John Does 1-20, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) with each party to bear its own costs and attorneys' fees.

Dated: January 26, 2026

SO ORDERED

___s/Evelyn Padin___
Evelyn Padin, U.S.D.J.

Date: 1/27/2026

Respectfully submitted,

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh, Esquire
(admitted *Pro Hac Vice*)
**CAPOZZI ADLER, P.C.**
312 Old Lancaster Road
Merion Station, PA 19066
Email: markg@capozziadler.com
Tel.: (610) 890-0200

*Counsel for Plaintiffs*